PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 NOV -7 PM 4:19

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

George LaMere

Crim. No. 8:16CR00232

On ___October 19, 2006___ the above named was placed on probation/supervised release for a period of __Ten__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Erin Finigan*

U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7th___ day of ___November___, 20 __16__.

Chief United States District Judge